

**FILED**
AUG - 6 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 98 CR 217 |
| v. ) | |
| ) | Magistrate Judge Ashman |
| JORGE CORONEL ) | |

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On March 24, 1998, the Circuit Court of Cook County issued a state arrest warrant for the Defendant for First Degree Murder. On April 3, 1998, the Defendant was charged in the instant case with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. Recently, the Cook County State's Attorney's Office advised the Federal Bureau of Investigation that it will no longer seek extradition for the Defendant.

1

Therefore, the United States moves this honorable Court to dismiss the complaint without prejudice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

Date: August 6, 2019

By: /s/ M. David Habich
M. DAVID HABICH
Special Assistant United States Attorney
312-829-3095

## CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following document:

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on August 6, 2019, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers.

By: /s/ M.David Habich
M. DAVID HABICH
Special Assistant United States Attorney
2111 West Roosevelt Road
Chicago, Illinois 60608
312-829-3095

RECEIVED

AUG - 6 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 98 CR 217 |
| v. ) | |
| ) | Magistrate Judge Ashman |
| JORGE CORONEL ) | |

### ORDER DISMISSING CRIMINAL COMPLAINT
### WITHOUT PREJUDICE

A motion having been made before me by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____

United States Magistrate Judge

Date: _____

1